[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-12271
Non-Argument Calendar

_____

D.C. Docket No. 2:13-cv-14453-JEM

OSCAR RODRIGUEZ,
LIZABETH RODRIGUEZ,

Plaintiffs-Appellants,

versus

DETECTIVE MARK SHIREMAN,
in his individual and official capacity,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(March 28, 2016)

Before WILSON, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Detective Mark Shireman arrested Oscar and Lizabeth Rodriguez on charges of dealing in stolen property, in violation of Florida Statutes § 812.019.  However, the state attorney ultimately dropped the charges.  Thereafter, the Rodriguezes filed a complaint in district court raising 42 U.S.C. § 1983 and state malicious prosecution claims against Shireman.  The Rodriguezes asserted that Shireman violated their Fourth Amendment rights and engaged in malicious prosecution because he arrested them without probable cause.  The district court granted summary judgment to Shireman on all of the Rodriguezes' claims.  This appeal followed.

After careful consideration of the record and the parties' briefs, we affirm substantially for reasons given by the opinion of the district court.  *See Rodriguez v. Shireman*, No. 2:13-cv-14453-JEM (S.D. Fla. May 13, 2015).

**AFFIRMED.**

2